1

2

3

4

5

6

7

8                           United States District Court

9                         Eastern District of California

10

11

12   Donald Ray Jackson,

13            Petitioner,              No. Civ. S 02-0946 FCD PAN P

14        vs.                          Order

15   Tom L. Carey,

16            Respondent.

17                               -oOo-

18       March 30, 2004, petitioner filed an amended petition without

19   the proof of service required by Fed. R. Civ. P. 5 and Local Rule

20   5-135.  April 12, 2005, the court directed petitioner to file a

21   proof of service and April 20, 2005, petitioner did so.

22       Accordingly, respondent shall, within 30 days of the date of

23   this order, file and serve a motion, answer or other response to

24   the petition.  An answer shall be accompanied by any and all

25   transcripts or other documents relevant to the determination of

26

1 the issues presented in the application.  <u>See</u> Rule 5, Fed. R.

2 Governing § 2254 Cases.  Petitioner's reply, if any, shall be

3 filed and served within 30 days of service of an answer.  If the

4 response to petitioner's application is a motion, petitioner's

5 opposition or statement of non-opposition shall be filed and

6 served within 30 days of service of the motion, and respondents'

7 reply, if any, shall be filed within 15 days thereafter.

8    So ordered.

9    Dated:  May 19, 2005.

10

                    /s/ Peter A. Nowinski

11                     PETER A. NOWINSKI
                    Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26