United States District Court

Eastern District of California

Donald Ray Jackson,

        Petitioner,                      No. Civ. S 02-0946 FCD PAN P

   vs.                               Order

Thomas L. Carey, Warden, et al.,

        Respondents.

-oOo-

    Petitioner moves for an order allowing him to conduct discovery.  In a separate order, the court appointed counsel to represent petitioner.  In light of that order, petitioner's July 6, 2005, motion is denied without prejudice.

    So ordered.

    Dated:  September 13, 2005.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge