United States District Court

Eastern District of California

| | |
|---|---|
| Donald Ray Jackson,            Petitioner, | No. Civ. S 02-0946 FCD PAN P |
| vs. | Order |
| Tom L. Carey, Warden,            Respondent. | |

-oOo-

August 31, 2005, the court denied petitioner's request for counsel. The court has reconsidered its decision and hereby vacates the August 31, 2005, order.

The court finds factual development may be necessary and so there is reason to believe appointment of counsel would be of significant benefit.

Petitioner's July 6, 2005, request for the appointment of counsel therefore is granted. The court appoints Ann Catherine McClintock, Assistant Federal Defender, 801 I Street, 3rd Floor,

1  Sacramento, CA 95814.  Counsel shall obtain a copy of the file
2  and file and serve a status report within 30 days of the date
3  this order is signed.
4      So ordered.
5      Dated:  September 13, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge