United States District Court

Eastern District of California

Donald Ray Jackson,

    Petitioner,

vs.

Thomas L. Carey, et al.,

    Respondents.

No. Civ. S 02-0946 FCD PAN P

Order

-oOo-

Petitioner is a prisoner, with counsel, seeking habeas relief on the ground he was denied due process in proceedings to determine whether he should be released to parole.  Pursuant to a September 13, 2005, order, counsel has filed a status report. Counsel requires time to obtain and review materials related to petitioner's parole hearings and to file and serve a brief or motion.

Good cause appearing, petitioner's October 13, 2005, request is granted and petitioner has 60 days from the date of this order

1  to file and serve a brief or motion.
2       So ordered.
3       Dated:  November 1, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge