United States District Court

Eastern District of California

Donald Ray Jackson,

      Petitioner,                    No. Civ. S 02-0946 FCD PAN P

  vs.                                Order

Thomas L. Carey, et al.,

      Respondents.

-oOo-

    December 22, 2005, petitioner requested an extension of time to file and serve a motion or brief. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: January 5, 2006.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge