1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
5  DANIEL J. KOSSICK, State Bar No. 81350
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-3866
8   Fax: (916) 324-5205
    Email: Dan.Kossick@doj.ca.gov
9
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD RAY JACKSON,**<br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**THOMAS L. CAREY, et al.,**<br>　　　　　　　　　　Respondent. | CIV S-02-0946 FCD PAN P<br><br>**JOINT STIPULATION TO VACATE HEARING DATE OF MARCH 30, 2006; [PROPOSED] ORDER** |

　　　Due to scheduling conflicts, the parties hereby stipulate that the date of March 30, 2006, which is currently set for hearing on Petitioner's Motion for Discovery, be re-set to May 4, 2006, at 11:00 a.m.

　　*/s/ Carolyn Wiggin*　　　　　　　　　　　　*/s/ Daniel Kossick*
　　Carolyn M. Wiggin　　　　　　　　　　　　Daniel J. Kossick
　　Assistant Federal Defender　　　　　　　　Deputy Attorney General

[STIPULATION AND [PROPOSED] ORDER]

1   Dated:  March 27, 2006

2   Respectfully submitted,

3   BILL LOCKYER
    Attorney General of the State of California

4   JAMES M. HUMES
    Chief Assistant Attorney General

5   FRANCES T. GRUNDER
    Senior Assistant Attorney General

6   

7   STEPHEN P. ACQUISTO
    Supervising Deputy Attorney General

8

9   */s/ Daniel Kossick*
    DANIEL J. KOSSICK

10  Deputy Attorney General
    Attorneys for Respondent

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  jack0946.ord to continue hng.wpd
    SA2003100025

28

[STIPULATION AND [PROPOSED ORDER]

2

| | |
|---|---|
| DONALD RAY JACKSON,<br><br>         Petitioner,<br><br>     v.<br><br>THOMAS L. CAREY, et al.,<br><br>         Respondent. | CIV S-02-0946 FCD PAN P<br><br>~~PROPOSED~~ ORDER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

The hearing on Respondent's Motion for Discovery currently set for March 30, 2006, is vacated. This matter is re-set for hearing to May 4, 2006, at 11:00.

DATED: March 29, 2006.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

[STIPULATION AND [PROPOSED ORDER]