```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CAROLYN M. WIGGIN, Bar #182732
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5  Telecopier:(916) 498-5710

 6  Attorney for Defendant
    DONALD RAY JACKSON
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12
    DONALD RAY JACKSON,            ) No. Civ. S-02-946 FCD EFB
13                                 )
              Petitioner,          )
14                                 ) STIPULATION CONTINUING HEARING ON
         v.                        ) PETITIONER'S MOTION FOR LEAVE TO
15                                 ) CONDUCT DISCOVERY; ORDER
    TOM L. CAREY,                  )
16                                 ) Date: January 10, 2007
              Respondent.          ) Time: 10:00 a.m.
17                                 ) Judge: Hon. Edmund F. Brennan
    _____  )
18
```

19      A status conference and hearing regarding Petitioner Donald Ray

20 Jackson's Motion for Leave to Conduct Discovery in this matter is

21 currently scheduled for November 15, 2006.  Petitioner DONALD RAY

22 JACKSON and Respondent TOM L. CAREY, through their respective

23 attorneys, hereby stipulate and agree to continue the status conference

24 and hearing until January 10, 2007, at 10:00 a.m.

25      The parties believe they can work out an agreement regarding

26 informal discovery that will obviate the need for a formal discovery

27

28 *Stipulation and Order*
   Civ. S-02-946 FCD EFB

1 | order from this Court.
2 | Dated: November 15, 2006

          Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender

          /s/ Carolyn M. Wiggin
          CAROLYN M. WIGGIN
          Assistant Federal Defender

          Attorney for Petitioner
          DONALD RAY JACKSON

Dated: November 15, 2006

          BILL LOCKYER
          Attorney General

          /s/ Robert C. Cross
          ROBERT C. CROSS
          Deputy Attorney General

          Attorney for Respondent
          TOM L. CAREY

**O R D E R**

IT IS HEREBY ORDERED that the Status Conference and hearing in this case, currently scheduled for November 15, 2006, is CONTINUED to January 10, 2007, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 29, 2006

_____
Edmund F. Brennan
United States Magistrate Judge

2