DANIEL J. BRODERICK, Bar #89424
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorney for Defendant
DONALD RAY JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY JACKSON, ) | No. Civ. S-02-946 FCD EFB |
| ) | |
| Petitioner, ) | |
| ) | STIPULATION and ORDER CONTINUING |
| v. ) | HEARING ON PETITIONER'S MOTION |
| ) | FOR LEAVE TO CONDUCT DISCOVERY |
| TOM L. CAREY, ) | |
| ) | Date: February 21, 2007 |
| Respondent. ) | Time: 10:00 a.m. |
| ) | Judge:   Hon. Edmund F. Brennan |
| _____ ) | |

   A status conference and hearing regarding Petitioner Donald Ray Jackson's Motion for Leave to Conduct Discovery in this matter is currently scheduled for January 10, 2007. Petitioner DONALD RAY JACKSON and Respondent TOM L. CAREY, through their respective attorneys, hereby stipulate and agree to continue the status conference and hearing until February 21, 2007, at 10:00 a.m.
   The parties are earnestly attempting to engage in informal discovery in order to avoid a hearing regarding formal discovery, but

*Stipulation and Order*
Civ. S-02-946 FCD EFB

Respondent needs additional time to research the feasibility of producing certain materials. The parties continue to believe they can successfully engage in sufficient informal discovery to obviate the need for a formal discovery order from this Court.

Dated: December 22, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
Federal Defender

                                        /s/ *Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender

Attorney for Petitioner
DONALD RAY JACKSON

Dated: December 22, 2006

                                        BILL LOCKYER
Attorney General

                                        /s/ *Robert C. Cross*
ROBERT C. CROSS
Deputy Attorney General

Attorney for Respondent
TOM L. CAREY

**O R D E R**

IT IS HEREBY ORDERED that the status conference and hearing in this case, currently scheduled for January 10, 2007, shall be continued to February 21, 2007, at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 29, 2006

_____
Edmund F. Brennan
United States Magistrate Judge

2