DANIEL J. BRODERICK, Bar #89424
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorney for Defendant
DONALD RAY JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD RAY JACKSON, | ) | No. Civ. S-02-946 FCD EFB |
| Petitioner, | ) | |
| v. | ) | Unopposed Request to File Supplemental Briefs; [~~Proposed~~] Order |
| TOM L. CAREY, | ) | |
| Respondent. | ) | |

    Petitioner Donald Ray Jackson and Respondent Tom L. Carey have completed discovery in this matter. Petitioner Jackson now asks this Court to allow him to file the attached Supplemental Brief in Support of Petition for Writ of Habeas Corpus. Respondent Carey does not oppose this request, and asks for an opportunity to submit an optional responsive brief within sixty (60) days of the date petitioner's

*Request to File Supp Brfs*
Civ. S-02-946 FCD EFB

brief is filed.  The parties believe that the case will be ready for a decision on the merits at that point.

Dated: October 4, 2007

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                /s/ *Carolyn M. Wiggin*
                                                CAROLYN M. WIGGIN
                                                Assistant Federal Defender

                                                Attorney for Petitioner
                                                DONALD RAY JACKSON

---

## [PROPOSED] ORDER

For the reasons set forth in Petitioner's Unopposed Request to File Supplemental Briefs, Petitioner's request to file a supplemental brief in support of his habeas corpus petition is granted.  The Clerk of the Court is ordered to file the attached Supplemental Brief in Support of Petition for Writ of Habeas Corpus as well as the attached Exhibits in Support of the Supplemental Brief.  Respondent's optional responsive brief is due no more than sixty (60) days from the date Petitioner's Supplemental Brief is filed.

Dated: December 21, 2007

HON. EDMUND F. BRENNAN
United States Magistrate Judge