1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD RAY JACKSON,

11              Petitioner,              No. 2:02-cv-0946 FCD KJN P

12        vs.

13   TOM CAREY,

14              Respondent.              <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding through counsel, has filed this application

17   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United

18   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On July 13, 2010, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within fourteen days.  Petitioner has filed

22   objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

1

1    Before petitioner can appeal this decision, a certificate of appealability must

2  issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

3    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

4  applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

5  § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

6  satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

7    A certificate of appealability should be granted for any issue that petitioner can

8  demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

9  court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,

10  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

11    Petitioner has made a substantial showing of the denial of a constitutional right in

12  the following issue presented in the instant petition: whether there was insufficient evidence to

13  support the 2000 decision finding petitioner unsuitable for parole.[2]

14    Accordingly, IT IS HEREBY ORDERED that:

15    1.  The findings and recommendations filed July 13, 2010, are adopted in full;

16    2.  Petitioner's application for a writ of habeas corpus is denied;

17  ////

18  ////

19  ////

20  ////

21

22    [1]  Except for the requirement that appealable issues be specifically identified, the
23  standard for issuance of a certificate of appealability is the same as the standard that applied to
     issuance of a certificate of probable cause.  Jennings, at 1010.

24    [2]  Petitioner raised three other issues.  The magistrate judge directed petitioner to address
25  in his objections whether a certificate of appealability should be issued and, if so, as to which
     issues.  Petitioner's objections address only the insufficiency of evidence claim.  Accordingly,
26  the undersigned finds that petitioner seeks a certificate of appealability only as to the
     insufficiency of evidence claim.

3.  A certificate of appealability is issued only as to the insufficiency of evidence claim.

DATED: August 23, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE